UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEREMIAH WHITE, DEJA DENNIS
AND ROSETTA WHITE

CIVIL ACTION

VERSUS

NO. 17-441-JWD-EWD

GREGORY L. COBB AND
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

### O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated November 14, 2017, to which no objection was filed;

**IT IS ORDERED** that the Motion to Remand, (Doc. 10) be GRANTED and that this matter be remanded to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana.

Signed in Baton Rouge, Louisiana, on December 12, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA